**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 4 KINGS ELECTRIC, INC., a California corporation, <br><br> Defendant. | Case No.: EDCV 11-0519 VAP(OPx) <br><br> Assigned to the Honorable Virginia A Phillips <br><br> **ORDER DISMISSING CASE** <br><br> Fed. R. Civ. Proc. 41(a) |

   IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. Proc. 41(a) and the "Request For Voluntary Dismissal" filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et. al., all claims for relief in the above-captioned action against Defendant 4 Kings Electric, Inc., a California corporation, are dismissed.

Dated: _August 31, 2011_            _____
                                                          UNITED STATES DISTRICT COURT

1

ED11CV00519-VAP-O.DOC

Order